[No. 15783-7-II.   Division Two.   November 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. STEARNS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00358-5, H. John Hall, J., entered February 12, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 16132-0-II.   Division Two.   November 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANGEL OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-1-00268-4, Michael G. Spencer, J., entered May 18, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Houghton, JJ.

[No. 29318-4-I.   Division One.   November 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00397-8, Warren Chan, J., entered October 4, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28440-1-I.   Division One.   November 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CONSTANTINE B. BARUSO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06199-6, Frank L. Sullivan, J., entered April 22, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Coleman, JJ. Now published at 72 Wn. App. 603.